1  Jason T. Yu, SBN: 232740
   jyu@swlaw.com
2  Glenn W. Trost SBN: 116203
   gtrost@swlaw.com
3  SNELL & WILMER L.L.P.
   350 South Grand Avenue
4  Suite 2600
   Two California Plaza
5  Los Angeles, California 90071
   Telephone: 213.929.2500
6  Facsimile: 213.929.2525

7  Attorneys for Plaintiff,
   ARCHIPELAGO LIGHTING INC.
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  ARCHIPELAGO LIGHTING INC.,          Case No.  5:16-cv-02173

13              Plaintiffs,             **COMPLAINT FOR DAMAGES
                                        AND INJUNCTIVE RELIEF;
14       v.                            DEMAND FOR JURY TRIAL**

15  YANKON LIGHTING, INC.;
    ZHEJIANG YANKON GROUP CO.,
16  LTD.; ENERGETIC LIGHTING, INC.;
    and Does 1 through 10, Inclusive,
17
               Defendants.
18

19

20       For their Complaint, Plaintiff Archipelago Lighting Inc. ("ALI" or

21  "Plaintiff") aver as follows:

22                      **JURISDICTION AND VENUE**

23       1.    The claims stated below are brought under the Lanham Act 15 U.S.C

24  Code § 1125.  This Court has jurisdiction over these claims pursuant to 28 U.S.C.

25  § 1338(a).  Venue in this District is based on 28 U.S.C. §§ 1391(b), 1391(c),

26  1391(d) and 1400(b).  Plaintiff and Defendant ENERGETIC LIGHTING INC.'s

27  principal place of business are located within this district.

28  / / /

24991352                                              COMPLAINT

SNELL & WILMER
——— L.L.P. ———
LAW OFFICES
350 S.W. 11 GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

**PARTIES**

1   2.      Plaintiff ARCHIPELAGO LIGHTING, INC. ("ALI") is a corporation
2
3   duly organized and existing under the laws of the State of California, with its
4   corporate headquarters and principal place of business within the Central District of
5   California at 4615 State Street, Montclair, CA 91763.
6
7   3.      Plaintiff is informed and believes, and on that basis aver, that
8   defendant YANKON LIGHTING, INC. ("Yankon Lighting") is a Texas
9   corporation with its principal place of business at 1365 N. Glenville Drive,
10  Richardson, Texas 75081-2414.
11
12  4.      Plaintiff is informed and believes, and on that basis aver, that
13  defendant ZHEJIANG YANKON GROUP CO., LTD., ("Zhejiang Yankon") is a
14  Chinese corporation with its principal place of business at No. 485 Fengshan Road,
15  Shao Xing City, Shangyu District, China ("YANKON LIGHTING, INC. and
16  ZHEJIANG YANKON GROUP CO., LTD collectively "Yankon" and/or
17  collectively "Defendants").
18
19  5.      Plaintiff is informed and believes, and on that basis aver, that
20  defendant ENERGETIC LIGHTING, INC., ("Energetic Lighting") is a California
21  corporation with its principal place of business at 13445 12th Street, Chino,
22  California 91710 which is within the Central District of California.
23
24  6.      Plaintiff is informed and believes, and on that basis aver, that Zhejiang
25  Yankon, Yankon Lighting and Energetic Lighting ("Defendants") are the
26  developer, manufacturer and distributor of all Yankon lighting products.
27  / / /
28  / / /

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

**ALTER EGO**

7.      Plaintiff is informed and believes, and on the basis of that information and belief alleges, that Yankon Lighting and Energetic Lighting are, and at all relevant times herein mentioned were, the alter ego of Zhejiang Yankon.  Upon further information and belief, Yankon Lighting and Energetic Lighting are, and at all relevant times herein mentioned were, a mere shell, instrumentality, and conduit through which Zhejiang Yankon carried on its business, exercising complete control and dominance of such business to such an extent that any individuality or separateness of Yankon Lighting Inc., Energetic Lighting and Zhejiang Yankon do not, and at all relevant times herein mentioned did not, exist.

8.      ALI is informed and believes and thereon alleges that Zhejiang Yankon created or acquired, and continues to use Yankon Lighting and Energetic Lighting as instrumentalities to carry out Zhejiang Yankon's business activities while shielding it from liability for the actions complained of in this Complaint.

9.      ALI is informed and believes and thereon alleges that Zhejiang Yankon has, and at all times herein mentioned, continues to commingle and fail to segregate Yankon Lighting and Energetic Lighting's funds and other assets from its own; treat assets nominally belonging to Yankon Lighting and Energetic Lighting as its own; and share a unity of ownership, control and management with Yankon Lighting and Energetic Lighting.

10.      Accordingly, adherence to the fiction of the separate existence of Zhejiang Yankon, Yankon Lighting and Energetic Lighting would, under these circumstances, sanction a fraud and/or promote injustice.

/ / /

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

24991352                                                                                                    COMPLAINT

1  |  11.    The true identities of Does 1-10 are not presently known to plaintiff,
2  |  and so they are sued fictitiously as is permitted under Local Rule 19-1.

3

4  |  **BACKGROUND**
5  |  **ALI's Design and Packaging**

6

7  |  12.    ALI has been in the lighting business for over 10 years, and has its
8  |  own line of products that are similar to Yankon's lighting products.

9

10  |  13.    ALI's products including LED light bulbs, LED tubes, LED fixtures
11  |  and fluorescent fixtures.

12

13  |  14.    ALI frequently sells to national distributors such as Lowe's, Home
14  |  Depot, and other major retailers.

15

16  |  15.    Beginning mid-2015 ALI was in negotiations with Lowe's for a new
17  |  line of LED light bulbs.

18

19  |  16.    ALI hired various companies to design and manufacture the
20  |  packaging, and create the artwork associated with the light bulbs to be sold to
21  |  Lowe's.

22

23  |  17.    At the end of the negotiations, Lowe's gave the contract to ALI's
24  |  competitor, Yankon Lighting

25

26  |  **Yankon Lighting**

27

28  |  18.    Beginning late-August 2016, ALI started receiving phone calls at its

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

- 4 -

COMPLAINT

24991352

1   customer service center wherein customers were complaining about Yankon

2   lighting products.

3

4       19.     Upon further investigation, ALI discovered that Yankon is using

5   ALI's packaging design and artwork including ALI's toll free customer service

6   number.

7

8       20.     This use of ALI's design and artwork is causing consumer confusion

9   regarding the source of the goods, as consumers believe they are purchasing ALI's

10  lighting products.

11

12      21.     These calls are extremely disruptive to ALI's business and are

13  negatively impacting ALI's goodwill and consumer reputation.

14

15      22.     In addition to customer service calls from direct purchasers of

16  Yankon's products, ALI received phone calls from Lowe's stores complaining

17  about Yankon's product and instructions on usage.

18

19      23.     On August 25, 2016, ALI sent a letter to Yankon requesting it to

20  cease-and-desist from all sales of products emanating from Yankon using the

21  packaging created by ALI bearing ALI's toll free service number.  In addition, ALI

22  requested that Yankon remove all such products from the marketplace and contacts

23  its customer to whom Yankon has sold such products. ALI also requested that

24  Yankon contact its customers to whom Yankon has sold such products to correct

25  Yankon's mistake.  (A true and correct copy of the August 25, 2016 letter is

26  attached as "Exhibit 1").

27  / / /

28  / / /

24991352                        - 5 -                        COMPLAINT

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

24.     On or about August 30, 2016, Yankon responded to ALI's demand letter and acknowledged their mistake.  Although Yankon claimed that they would like to work out a solution with ALI, Yankon did nothing to eliminate consumer confusion or the harm to ALI.  (A true and correct copy of the August 25, 2016 letter is attached as "Exhibit 2").

25.     On or about September 14, 2016, ALI drafted another letter re-stating the list of demand from the August 25, 2016 letter and gave Yankon until September 16, 2016 to respond. (A true and correct copy of the September 14, 2016 letter is attached as "Exhibit 3").

26.     Yankon continues to do nothing to eliminate consumer confusion or the harm to ALI.

27.     On the contrary, despite ALI's numerous efforts to contact Yankon to work out a viable solution, Yankon not only ignored ALI's requests but it released the entire line of inaccurately labeled lighting products and continues to ship said products to Lowe's.

### FIRST CLAIM FOR RELIEF
### (For Violation of the Lanham Act 15 U.S.C. §1125)

28.     ALI and Yankon are direct competitors in the lighting market. Yankon' misappropriation and unauthorized use of the design and name Yankon's packaging has deceived and misled the public and is likely to continue to cause confusion, deception and/or mistake as to the association or affiliation of ALI and Yankon.

/ / /

24991352                                                                                    COMPLAINT

29.    Yankon has also sought to mislead consumers and competitors and to inhibit competition by improperly utilizing ALI's design, packaging and toll free number.

30.    Yankon' conduct is unfair competition actionable pursuant to 15 U.S.C. § 1125(a) and common law.  Yankon's unfair practices have been willful.

31.    ALI is entitled to injunctive relief and damages, including disgorgement of Yankon' ill-gotten profits.

32.    ALI is suffering irreparable harm to its reputation and good will in the lighting industry as a result of the Yankon's actions.

### SECOND CLAIM FOR RELIEF
### (For Unfair Competition)

33.    ALI and Yankon are direct competitors in the lighting market. Yankon' misappropriation and unauthorized use of the design and name Yankon's packaging has deceived and misled the public and is likely to continue to cause confusion, deception and/or mistake as to the association or affiliation of ALI and Yankon.

34.    Yankon has also sought to mislead consumers and competitors and to inhibit competition by improperly utilizing ALI's design, packaging and toll free number.

35.    Yankon' conduct is unfair competition actionable pursuant to, *inter alia*, 15 U.S.C. § 1125(a), Cal. Bus. & Prof. Code §§ 17200, et seq., and common

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

24991352

1    law.  Yankon's unfair practices have been willful.

2

3        36.    ALI is entitled to injunctive relief and damages, including

4    disgorgement of Yankon' ill-gotten profits.

5

6        37.    ALI is suffering irreparable harm to its reputation and good will in the

7    lighting industry as a result of the Yankon's actions.

8

9                          **THIRD CLAIM FOR RELIEF**

10    **(Intentional Interference with Prospective Economic Advantage)**

11

12        38.    ALI has been in the lighting industry for the past 10 years and has a

13    good reputation of manufacturing reliable and long-lasting lighting products in the

14    marketplace and amongst known retailers.

15

16        39.    ALI and Yankon are direct competitors in the lighting industry.

17

18        40.    ALI has a business relationship not only with the general public but

19    also with retailers of the lighting products, with the probability of future economic

20    benefit for ALI.

21

22        41.    Yankon, knew or should have known that ALI has business

23    relationships with the general public and retailers of light products.

24

25        42.    Yankon was made aware of mistake of the packaging and the toll free

26    number and given ample opportunities to remedy mistake.  Yankon has

27    acknowledged the mistake but continues to refuse to do anything to correct the

28    mistake or to avoid consumer confusion regarding the source of its products.

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

43.     Yankon's actions were the direct and proximate cause of the damages to ALI's business, reputation and good will.

44.     ALI is suffering irreparable harm to its reputation and good will in the lighting industry as a result of the Yankon's actions.

## FOURTH CLAIM FOR RELIEF
### (Quantum Meruit)

45.     ALI has performed services and incurred cost for designing the artwork and preparing the packaging for the light products.

46.     Yankon improperly took ALI's artwork, packaging and toll free number as its own.

47.     ALI has requested that Yankon prevent the lighting products to enter into commerce and to pay ALI the reasonable value of the costs it has incurred, however Yankon refused, and permitted the lighting products to enter into commerce and continues to refuse to pay ALI for the services it has incurred.

48.     As a direct and proximate result of Yankon's failure to pay and failure to remediate, ALI suffered damages in an amount to be proven at trial.

/ / /

/ / /

/ / /

/ / /

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

24991352                                                                          COMPLAINT

<div style="text-align:center"><strong>PRAYER</strong></div>

Wherefore, Plaintiff ALI prays for judgment as follows:

1.     For a preliminary and permanent injunction against Yankon for selling lighting products with ALI's packaging, artwork and toll free number in the general public;

2.     For an accounting and award of actual damages sustained by ALI as a result of Yankon's improper usage of ALI's packaging, artwork and toll free number;

3.     For an award of damages measured by Defendant Yankon, for the use of ALI's packaging product and toll free number;

4.     For plaintiffs' attorneys fees and costs incurred in prosecution of this action under, and up to treble damages pursuant to 15 U.S.C. § 1117(a) ; and

5.     For such other and further relief as this Court may deem just and proper.

Dated:     October _13_, 2016          SNELL & WILMER L.L.P.


By: _____
    Jason T. Yu
    Glenn W. Trost
    Attorneys for Plaintiff,
    ARCHIPELAGO LIGHTING INC.

24991352                                                    COMPLAINT

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

**DEMAND FOR JURY TRIAL**

Plaintiff Archipelago Lighting Inc. hereby demands trial by jury.

Dated:          October 13 , 2016                    SNELL & WILMER L.L.P.

                                                      By: _____
                                                          Jason T. Yu
                                                          Glenn W. Trost
                                                          Attorneys for Plaintiff,
                                                          ARCHIPELAGO LIGHTING INC.

SNELL & WILMER
ATTORNEYS AT LAW
350 SOUTH GRAND AVENUE
SUITE 2600
LOS ANGELES, CALIFORNIA 90071

24991352

- 11 -

COMPLAINT

EXHIBIT 1



Snell & Wilmer
L.L.P.
LAW OFFICES

Two California Plaza
350 South Grand Avenue
Suite 2600
Los Angeles, California 90071
213.929.2500
213.929.2525 (Fax)
www.swlaw.com

August 25, 2016

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

VIA FEDEX
CONFIRMATION VIA E-MAIL:
contact@yankon-lighting.com

President
Yankon Lighting, Inc.
1365 N. Glenville Drive
Richardson, TX 75081

  Re: Kichler Products

Dear Sir:

  This firm represents Archipelago Lighting Inc. ("ALI"). ALI is a leader in bringing innovative and safe lighting products to the market including manufacturing such products for others. ALI previously worked with a well-known retailer to manufacture replacement lamps under the registered trademark KICHLER. As part of this relationship, ALI expended significant resources to produce the product and the packaging therefore.

  It has come to our attention that Yankon Lighting, Inc. and/or Zhejiang Yankon Group Co., Ltd (hereinafter collectively referred to as "Yankon") is using ALI's package design and artwork including ALI's toll free customer service number thereon. Please see the attached comparison of ALI's product packaging and the concerned product packaging for the Yankon product. Yankon's use of ALI's toll free customer service number has and continues to result in numerous calls from consumers regarding issues with the concerned product. These calls are extremely disruptive to our business and are negatively impacting our goodwill and consumer reputation. After reviewing the concerned product, ALI has concern with the base sleeve as it can be easily removed or its position shifted. It may also be mistaken as protective packaging and discarded by consumers. In our opinion, this may create a shock hazard when the electrified metal base can be touched directly. We strongly recommend that Yankon carefully examine this base and make its own determination of the risk.

  In light of the discussion above and our safety concerns, we require that Yankon immediately cease and desist from all sales of products emanating from Yankon using the packaging created by ALI bearing ALI's toll free customer service number. Moreover, we require Yankon to remove all such products from the marketplace and contact its customers to whom Yankon has sold such products.



President
Yankon Lighting, Inc.
August 25, 2016

Next, we require Yankon to provide us with the following information:

1.    The identity of the source including name, address and contact information of each and every manufacturer Yankon used to manufacture the concerned product and any other products bearing ALI's toll free customer service (hereinafter "Concerned Products");

2.    Total quantity of the Concerned Products manufactured and the total quantity of the Concerned Products sold at any time up to and including the present and the identity of each and every printer, wholesaler and manufacturer involved in the manufacturing and/or distributing of the Concerned Products;

3.    Total quantity of the Concerned Products sold at any time up to and including the present and the identity of each and every wholesaler, distributor and retailer that purchased the Concerned Products; and

4.    The total number of the Concerned Products Yankon has remaining in inventory

This information must be provided with the accompanying documentation including specific product descriptions and SKUs for each product manufactured by Yankon bearing ALI's toll free customer service number.

Due to the gravity of this situation, please ensure that Yankon contacts all customers to whom it has sold the Concerned Products to advise them of this claim and instruct them to immediately remove the Concerned Products from the floor and/or marketplace. Please note that continued sales after being put on notice of this claim will be dealt with accordingly.



President
Yankon Lighting, Inc.
August 25, 2016


     Within five (5) days of the date of this correspondence, we require Yankon provide its written acquiescence to the above noted demands.  At that time, we also require Yankon to provide the requested information and to produce the requested documentation.

     Thank you and we look forward to your timely reply.

          Very truly yours,

          SNELL & WILMER L.L.P.

          Dax Alvarez


DA/jlp
Enclosure

cc:  Scott McGuire (smcguire@packagingcorp.com)

# Packaging Comparison
## Archipelago Vs Yankon

**Box Front – Flap Closed**



Archipelago Lighting                    Yankon

# Packaging Comparison
## Archipelago Vs Yankon

**Box Front – Flap Open**



Archipelago Lighting          Yankon

# Packaging Comparison
## Archipelago Vs Yankon

**Box Back**



Archipelago Lighting                    Yankon

# Packaging Comparison

## Archipelago Vs Yankon

Box Back - Zoomed

RoHS
LISTED
RoHS
LISTED

Archipelago Lighting

Yankon