# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **EDCV 16-2173-JFW (SPx)**                    Date:  August 15, 2017

Title:      Archipelago Lighting, Inc. -*v*- Yankon Lighting, Inc., et al.

**PRESENT:**

### HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                               None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER VACATING PRETRIAL AND TRIAL DATES AND ADMINISTRATIVELY CLOSING CASE**

On June 21, 2017, Plaintiff filed a stipulation to dismiss Defendants Yankon Lighting, Inc. and Yankon Industries, Inc., d/b/a Energetic Lighting without prejudice.  Docket No. 29.  In light of the fact that the sole remaining defendant, Zhejiang Yankon Group Co., Ltd., has not yet been served [*see* Docket No. 32], all pretrial dates and the September 19, 2017 trial date are **VACATED** and this action is **ADMINISTRATIVELY CLOSED**.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__