Elizabeth Yang (SBN: 249713)
LAW & MEDIATION OFFICES OF ELIZABETH YANG
199 W. Garvey Ave., Suite 201
Monterey Park, CA 91754
Telephone: (877) 4926452
Email: Elizabeth@yanglawoffices.com

Attorneys for Plaintiff
Archipelago Lighting, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Archipelago Lighting, Inc.<br><br>  Plaintiff,<br><br>vs.<br><br>Yankon Lighting, Inc., Et Al.,<br><br>  Defendants. | Case No. 5:16-cv-02173-JFW-SP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Archipelago Lighting, Inc. ("Archipelago") and Defendant Zhejiang Yankon Group Co., LTD ("Yankon"), (Archipelago and Yankon each a "Party" and collectively the "Parties") stipulate and agree to DISMISS this action, Archipelago's Complaint (Dkt. No. 1), WITH PREJUDICE.

The parties agree that the United States District Court for the Central District of California shall retain jurisdiction for purposes of enforcement or interpretation of the Parties' Settlement Agreement in accordance with the decision of the United States Supreme Court in *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

The Parties further stipulate and agree that each Party (1) shall bear his or its own costs and expenses, including without limitation attorney fees, and (2) waives any right to appeal the dismissal of this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: April 3, 2019                Sills Cummis and Gross PC


                                    By: */s/   Trent S. Dickey*
                                    Treng S. Dickey
                                    Attorneys for Defendant
                                    ZHEJIANG YANKON GROUP CO., LTD


DATED: April 3, 2019                LAW & MEDIATION OFFICES OF
                                    ELIZABETH YANG


                                    By: */s/   Elizabeth Yang*
                                    Elizabeth Yang
                                    Attorneys for Plaintiff
                                    Archipelago Lighting, Inc.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 3, 2019

            */s/  Elizabeth Yang*
            Elizabeth Yang